# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CARL R. GILBERT, II, and
SHARON GILBERT,

    Plaintiffs,

vs.                                  CASE NO.: 3:08cv53/MCR/EMT

HARRY R. McNESBY,
CHARLIE WALKER, and
SOTIRIOS THAGOURAS,

    Defendants.
_____/

## O R D E R

    This matter was removed to this court from the Circuit Court of the First Judicial Circuit in and for Escambia County, Florida, by Defendant HARRY R. McNESBY on February 11, 2008. (See doc. 1). The original state court action was also removed to this court by Defendants CHARLIE WALKER and SOTIRIOS THAGOURIS on February 8, 2008, and filed separately under Case No. 3:08cv51/MCR/EMT. In that there is no separate cause of action, the matter shall proceed under the first case filed.

    Accordingly, it is ORDERED that the clerk shall close this case in its entirety for all purposes. Defendant HARRY R. McNESBY shall file his answer to the complaint and all future pleadings in Case No. 3:08cv51/MCR/EMT.

    DONE and ORDERED this 13th day of February, 2008.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**